UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Warren Brumel, Esq. (bar #018191980)
Attorney for Debtor
PO Box 181
Keyport, NJ 07735
732-264-3400

Order Filed on July 22, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Sandra Rojas

Case No.: 19-16276

Chapter: 13

Judge: CMG

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

DATED: July 22, 2020

Honorable Christine M. Gravelle
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Warren Brumel, Esq._____, the applicant, is allowed a fee of $ ___385.00___ for services rendered and expenses in the amount of $___0___ for a total of $___385.00___. The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $___*___ per month for _____ months to allow for payment of the above fee.

*payment to be determined by the bankruptcy trustee

*rev.8/1/15*

2

```
                        United States Bankruptcy Court
                              District of New Jersey
In re:                                                        Case No. 19-16276-CMG
Sandra Rojas                                                  Chapter 13
         Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0312-3           User: admin              Page 1 of 1              Date Rcvd: Jul 22, 2020
                               Form ID: pdf903          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 24, 2020.
db             +Sandra Rojas,    76 4th Street,    Belford, NJ 07718-1703

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 24, 2020                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 22, 2020 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Andrew L. Spivack    on behalf of Creditor    DITECH FINANCIAL LLC nj.bkecf@fedphe.com
              Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Rebecca Ann Solarz    on behalf of Creditor    Ditech Financial LLC rsolarz@kmllawgroup.com
              Robert   Davidow    on behalf of Creditor    DITECH FINANCIAL LLC nj.bkecf@fedphe.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              Warren   Brumel    on behalf of Debtor Sandra   Rojas wbrumel@keyportlaw.com,
               brumellawecf@gmail.com;wbrumel@keyportlaw.com
                                                                                             TOTAL: 7