| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1**<br>Denise Carlon, Esq.<br>KML Law Group, P.C.<br>216 Haddon Avenue, Suite 406<br>Westmont, NJ 08108<br>Main Number: (609) 250-0700<br>dcarlon@kmllawgroup.com<br>Attorneys for the Secured Creditor<br>NewRez LLC d/b/a Shellpoint Mortgage Servicing | Chapter: 13<br><br>Hearing Date:<br><br>Judge: Christine M. Gravelle<br><br>Case No:  19-16276 CMG |
| In re:<br>Sandra Rojas<br>        Debtor<br>Fernando Rojas<br>        Co-Debtor | |

Order Filed on October 27, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| Recommended Local Form: | [X] Followed | [ ] Modified |
|---|---|---|

# ORDER VACATING STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: October 27, 2020**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Upon the motion of  NewRez LLC d/b/a Shellpoint Mortgage Servicing , under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

- ■ Real Property More Fully Described as:

    **Land and premises commonly known as 76 4th Street, Belford NJ 07718**

- ☐ Personal Property More Fully Describes as:

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.