| Information to identify the case: | | |
|---|---|---|
| Debtor 1: | Sandra Rojas<br>First Name    Middle Name    Last Name | Social Security number or ITIN:  xxx–xx–6118<br>EIN:  _ _–_ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN:  _ _ _ _<br>EIN:  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court:  District of New Jersey | | Date case filed in chapter:  13    3/28/19 |
| Case number:  19–16276–CMG | | Date case converted to chapter:  7    3/16/21 |

Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at    https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

**Undeliverable notices will be sent by return mail to the debtor. It is the debtor's responsibility to obtain the party's correct address, resend the returned notice, and notify this office of the party's change of address. Failure to provide all parties with a copy of this notice may adversely affect the debtor as provided by the Bankruptcy Code.**

| | | **About Debtor 1:** | | **About Debtor 2:** |
|---|---|---|---|---|
| 1. | **Debtor's full name** | Sandra Rojas | | |
| 2. | **All other names used in the last 8 years** | | | |
| 3. | **Address** | 76 4th Street<br>Belford, NJ 07718 | | |
| 4. | **Debtor's attorney**<br>Name and address | Warren Brumel<br>Law Office of Warren Brumel<br>65 Main Street<br>PO Box 181<br>Keyport, NJ 07735 | | Contact phone (732) 264–3400<br>Email:  wbrumel@keyportlaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Karen E. Bezner<br>567 Park Avenue, Suite 103<br>Scotch Plains, NJ 07076 | | Contact phone (908) 322–8484 |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page 1

| 6. **Bankruptcy clerk's office** | 402 East State Street<br>Trenton, NJ 08608 | Hours open: 8:30 AM – 4:00 p.m., Monday – Friday (except holidays) |
|---|---|---|
| Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. (800) 676–6856 | Additional information may be available at the Court's Web Site: www.njb.uscourts.gov. | Contact phone 609–858–9333<br><br>Date: 3/17/21 |

| 7. **Meeting of creditors** | **April 12, 2021 at 11:00 AM** | Location: |
|---|---|---|
| **Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so.** | The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Section 341 Meeting will be conducted by telephone. Please consult the docket or contact the trustee appointed to the case for access or call–in information.** |
| All individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. | | |

| 8. **Presumption of abuse** | The presumption of abuse does not arise. | |
|---|---|---|
| If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | | |

| 9. **Deadlines** | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** | **Filing deadline: 6/11/21** |
|---|---|---|
| The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9).<br><br>**WRITING A LETTER TO THE COURT OR THE JUDGE IS NOT A SUBSTITUTE FOR FILING AN ADVERSARY COMPLAINT OBJECTING TO DISCHARGE OR DISCHARGEABILITY. IN NO CIRCUMSTANCE WILL WRITING A LETTER PROTECT YOUR RIGHTS.** | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |

| 10. **Proof of claim** | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. |
|---|---|
| Please do not file a proof of claim unless you receive a notice to do so. | |

| 11. **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
|---|---|

| | |
|---|---|
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page **2**

United States Bankruptcy Court
District of New Jersey

In re:                                                                                      Case No. 19-16276-CMG
Sandra Rojas                                                                     Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 3
Date Rcvd: Mar 17, 2021    Form ID: 309A    Total Noticed: 55

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\#\#    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 19, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sandra Rojas, 76 4th Street, Belford, NJ 07718-1703 |
| tr | + | Karen E. Bezner, 567 Park Avenue, Suite 103, Scotch Plains, NJ 07076-1754 |
| 518201683 | + | Affinity Federal Credit Union, c/o Peter J. Liska, LLC, 766 Shrewsbury Ave., Tinton Falls, NJ 07724-3001 |
| 518148502 | + | Alert Ambulance Service, 1195 Airport Road, Lakewood, NJ 08701-5970 |
| 518148512 | | Eichenbaum & Stylianou, LLC, PO Box 914, Paramus, NJ 07653-0914 |
| 518148513 | | Emer Phy Assoc North, Att: HRRG, PO Box 5406, Cincinnati, OH 45273-7942 |
| 518148514 | | Extra Space Storage, Hazlet, NJ 07730 |
| 518897368 | | KHEAA, P.O. BOX 798, FRANKFORT KY 40602-0798 |
| 518897369 | | KHEAA, P.O. BOX 798, FRANKFORT KY 40602-0798, KHEAA, P.O. BOX 798 FRANKFORT KY 40602-0798 |
| 518148516 | #+ | KML Law Group PC, 216 Haddon Ave, Ste 406, Collingswood, NJ 08108-2812 |
| 518148520 | + | Millennium Pediatric Care, 1 Riverview Plaza, Riverview Medical Center, Red Bank, NJ 07701-1872 |
| 518148521 | + | Monmouth Co Sheriff, 2500 Kozloski Rd, Freehold, NJ 07728-4424 |
| 518203593 | + | Navient Solutions, LLC on behalf of, NJHEAA, PO BOX 548, Trenton, NJ 08625-0548 |
| 518148523 | + | New Hope Foundation, 80 Conover Road, Marlboro, NJ 07746-1003 |
| 518168628 | + | New Jersey Natural Gas, 1415 Wykoff Rd., PO Box 1378, Wall, NJ 07719-1378 |
| 518148524 | + | New Jersey Natural Gas, PO Box 1378, Wall, NJ 07719-1378 |
| 518148525 | + | Peter J. Liska, LLC, 766 Shrewsbury Avenue, Eatontown, NJ 07724-3001 |
| 518148526 | + | Radius Global Solutions LLC, Box 390846, Minneapolis, MN 55439-0846 |
| 518917724 | + | SHELLPOINT MORTGAGE SERVICING, P.O. BOX 10826, GREENVILLE, SC 29603-0826 |
| 518917725 | + | SHELLPOINT MORTGAGE SERVICING, P.O. BOX 10826, GREENVILLE, SC 29603-0675, SHELLPOINT MORTGAGE SERVICING, P.O. BOX 10826 GREENVILLE, SC 29603-0826 |
| 518148527 | | Sears, HSBC Card Services, PO Box 379, Wood Dale, IL 60191-0379 |
| 518148531 | + | Zwicker & Associates PC, 16 South Haddon Avenue, Haddonfield, NJ 08033-1887 |

TOTAL: 22

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: wbrumel@keyportlaw.com | Mar 17 2021 21:13:00 | Warren Brumel, Law Office of Warren Brumel, 65 Main Street, PO Box 181, Keyport, NJ 07735 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 17 2021 21:15:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 17 2021 21:15:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518148501 | + | Email/Text: bankruptcycare@affinityfcu.com | Mar 17 2021 21:14:00 | Affinity Federal Credit Union, 73 Mountain View Blvd., PO Box 621, Basking Ridge, NJ 07920-0621 |
| 518148503 | | EDI: AMEREXPR.COM | Mar 18 2021 00:38:00 | American Express, PO Box 297884, Fort Lauderdale, FL 33329-7884 |

Case 19-16276-CMG    Doc 49    Filed 03/19/21    Entered 03/20/21 00:23:27    Desc Imaged
Certificate of Notice    Page 5 of 6

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 17, 2021 | Form ID: 309A | Total Noticed: 55 |

| Recip ID | Type | Date/Time | Recipient |
|---|---|---|---|
| 518252098 | EDI: BECKLEE.COM | Mar 18 2021 00:33:00 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518148504 | EDI: BANKAMER.COM | Mar 18 2021 00:33:00 | Bank of America, PO Box 982234, El Paso, TX 79998-2234 |
| 518148505 | EDI: CAPITALONE.COM | Mar 18 2021 00:38:00 | Capital One, Bankruptcy Department, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 518229867 | + EDI: AIS.COM | Mar 18 2021 00:38:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518251424 | EDI: BL-BECKET.COM | Mar 18 2021 00:38:00 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518148507 | + Email/Text: mediamanagers@clientservices.com | Mar 17 2021 21:13:00 | Client Services Inc., 3451 Harry S. Truman Blvd., Saint Charles, MO 63301-9816 |
| 518148508 | + EDI: CONVERGENT.COM | Mar 18 2021 00:38:00 | Convergent Outsourcing, Inc., PO Box 9004, Renton, WA 98057-9004 |
| 518148509 | EDI: DISCOVER.COM | Mar 18 2021 00:38:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 518148510 | EDI: DISCOVER.COM | Mar 18 2021 00:38:00 | Discover Bank, DB Servicing Corp, PO Box 3025, New Albany, OH 43054-3025 |
| 518167632 | EDI: DISCOVER.COM | Mar 18 2021 00:38:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 518148515 | + EDI: WFNNB.COM | Mar 18 2021 00:38:00 | Gamestop/Comenity, PO Box 183043, Columbus, OH 43218-3043 |
| 518148506 | EDI: JPMORGANCHASE | Mar 18 2021 00:38:00 | Chase, PO Box 15298, Att: Bankruptcy Dept, Wilmington, DE 19850-5298 |
| 518148529 | EDI: JPMORGANCHASE | Mar 18 2021 00:38:00 | Toys R Us, PO Box 15298, Wilmington, DE 19850-5298 |
| 518148517 | Email/Text: PBNCNotifications@peritusservices.com | Mar 17 2021 21:14:00 | Kohl's, PO Box 3043, Milwaukee, WI 53201-3043 |
| 518164904 | Email/PDF: resurgentbknotifications@resurgent.com | Mar 17 2021 23:44:03 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518148518 | EDI: WFNNB.COM | Mar 18 2021 00:38:00 | Lane Bryant, WFNNB, Bankruptcy Department, PO Box 182125, Columbus, OH 43218-2125 |
| 518148519 | EDI: RMSC.COM | Mar 18 2021 00:38:00 | Meineke & Maaco/Synchrony Car Care, PO Box 965064, Orlando, FL 32896-5064 |
| 518148522 | + EDI: NAVIENTFKASMDOE.COM | Mar 18 2021 00:38:00 | Navient/Department of Education, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 518284215 | EDI: PRA.COM | Mar 18 2021 00:38:00 | Portfolio Recovery Associates, LLC, c/o Meineke & Maaco, POB 41067, Norfolk VA 23541 |
| 518284203 | EDI: PRA.COM | Mar 18 2021 00:38:00 | Portfolio Recovery Associates, LLC, c/o Toys "r"us Credit Card, POB 41067, Norfolk VA 23541 |
| 518284134 | EDI: PRA.COM | Mar 18 2021 00:38:00 | Portfolio Recovery Associates, LLC, c/o Walmart Credit Card, POB 41067, Norfolk VA 23541 |
| 518271336 | EDI: Q3G.COM | Mar 18 2021 00:38:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518271337 | EDI: Q3G.COM | Mar 18 2021 00:38:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518205445 | EDI: Q3G.COM | Mar 18 2021 00:38:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518148528 | EDI: AISSPRINT | Mar 18 2021 00:38:00 | Sprint, Box 152046, Irving, TX 75015-2046 |
| 518151703 | + EDI: RMSC.COM | | |

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Mar 17, 2021 | Form ID: 309A | Total Noticed: 55 |

|  |  |  | Mar 18 2021 00:38:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
|---|---|---|---|---|
| 518266485 | + | EDI: AIS.COM | Mar 18 2021 00:38:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518148530 |  | EDI: RMSC.COM | Mar 18 2021 00:38:00 | Walmart/Synchrony Bank, Att: Bankruptcy Dept., PO Box 965060, Orlando, FL 32896-5060 |

TOTAL: 33

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518148500 | ##+ | Abilheira & Assoc, 34 East Main St, Freehold, NJ 07728-2282 |
| 518289847 | ##+ | DITECH FINANCIAL LLC, P.O. Box 12740, Tempe, AZ 85284-0046 |
| 518148511 | ## | Ditech Financial LLC, PO Box 6172, Rapid City, SD 57709-6172 |

TOTAL: 0 Undeliverable, 0 Duplicate, 3 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 19, 2021                      Signature:            /s/Joseph Speetjens