UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Sandra Rojas

Case No.: 19-16276
Chapter: 7
Judge: CMG

## NOTICE OF PROPOSED ABANDONMENT

__Karen E. Bezner__, __Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
Jeanne A. Naughton, Clerk
United States Bankruptcy Court
United States Courthouse
402 East State Street
Trenton, New Jersey 08608

If an objection is filed, a hearing will be held before the Honorable __Christine M. Gravelle, U.S.B.J.__ on __June 8, 2021__ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __3__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property: Trustee abandons 76 4th Street, Middletown, New Jersey valued at $225,000.00

Liens on property: DiTech Mortgage, $261,000.00

Amount of equity claimed as exempt: $0.00

Objections must be served on, and requests for additional information directed to:

Name: Karen E. Bezner, Trustee   /s/ Karen E. Bezner
Address: 567 Park Avenue, Suite 103, Scotch Plains, New Jersey 07076
Telephone No.: (908) 322-8484

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-16276-CMG |
| Sandra Rojas | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 3 |
| Date Rcvd: May 06, 2021 | Form ID: pdf905 | Total Noticed: 55 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 08, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sandra Rojas, 76 4th Street, Belford, NJ 07718-1703 |
| cr | + | DITECH FINANCIAL LLC, Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| cr | + | NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING, Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 518201683 | + | Affinity Federal Credit Union, c/o Peter J. Liska, LLC, 766 Shrewsbury Ave., Tinton Falls, NJ 07724-3001 |
| 518148502 | + | Alert Ambulance Service, 1195 Airport Road, Lakewood, NJ 08701-5970 |
| 518148503 | | American Express, PO Box 297884, Fort Lauderdale, FL 33329-7884 |
| 518252098 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518148504 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, PO Box 982234, El Paso, TX 79998-2234 |
| 518251424 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518148512 | | Eichenbaum & Stylianou, LLC, PO Box 914, Paramus, NJ 07653-0914 |
| 518148513 | | Emer Phy Assoc North, Att: HRRG, PO Box 5406, Cincinnati, OH 45273-7942 |
| 518148514 | | Extra Space Storage, Hazlet, NJ 07730 |
| 518897368 | | KHEAA, P.O. BOX 798, FRANKFORT KY 40602-0798 |
| 518897369 | | KHEAA, P.O. BOX 798, FRANKFORT KY 40602-0798, KHEAA, P.O. BOX 798 FRANKFORT KY 40602-0798 |
| 518148516 | #+ | KML Law Group PC, 216 Haddon Ave, Ste 406, Collingswood, NJ 08108-2812 |
| 518148520 | + | Millennium Pediatric Care, 1 Riverview Plaza, Riverview Medical Center, Red Bank, NJ 07701-1872 |
| 518148521 | + | Monmouth Co Sheriff, 2500 Kozloski Rd, Freehold, NJ 07728-4424 |
| 518203593 | + | Navient Solutions, LLC on behalf of, NJHEAA, PO BOX 548, Trenton, NJ 08625-0548 |
| 518148523 | + | New Hope Foundation, 80 Conover Road, Marlboro, NJ 07746-1003 |
| 518168628 | + | New Jersey Natural Gas, 1415 Wykoff Rd., PO Box 1378, Wall, NJ 07719-1378 |
| 518148524 | + | New Jersey Natural Gas, PO Box 1378, Wall, NJ 07719-1378 |
| 518148525 | + | Peter J. Liska, LLC, 766 Shrewsbury Avenue, Eatontown, NJ 07724-3001 |
| 518148526 | + | Radius Global Solutions LLC, Box 390846, Minneapolis, MN 55439-0846 |
| 518917724 | + | SHELLPOINT MORTGAGE SERVICING, P.O. BOX 10826, GREENVILLE, SC 29603-0826 |
| 518917725 | + | SHELLPOINT MORTGAGE SERVICING, P.O. BOX 10826, GREENVILLE, SC 29603-0675, SHELLPOINT MORTGAGE SERVICING, P.O. BOX 10826 GREENVILLE, SC 29603-0826 |
| 518148527 | | Sears, HSBC Card Services, PO Box 379, Wood Dale, IL 60191-0379 |
| 518148531 | + | Zwicker & Associates PC, 16 South Haddon Avenue, Haddonfield, NJ 08033-1887 |

TOTAL: 27

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 06 2021 20:46:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 06 2021 20:46:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |

Case 19-16276-CMG    Doc 52    Filed 05/08/21    Entered 05/09/21 00:32:09    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 06, 2021 | Form ID: pdf905 | Total Noticed: 55 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 518148501 | + | Email/Text: bankruptcycare@affinityfcu.com May 06 2021 20:46:00 | | Affinity Federal Credit Union, 73 Mountain View Blvd., PO Box 621, Basking Ridge, NJ 07920-0621 |
| 518148505 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com May 06 2021 22:16:11 | | Capital One, Bankruptcy Department, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 518229867 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 06 2021 22:17:46 | | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518148507 | + | Email/Text: mediamanagers@clientservices.com May 06 2021 20:45:00 | | Client Services Inc., 3451 Harry S. Truman Blvd., Saint Charles, MO 63301-9816 |
| 518148508 | + | Email/Text: convergent@ebn.phinsolutions.com May 06 2021 20:46:00 | | Convergent Outsourcing, Inc., PO Box 9004, Renton, WA 98057-9004 |
| 518148509 | | Email/Text: mrdiscen@discover.com May 06 2021 20:45:00 | | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 518148510 | | Email/Text: mrdiscen@discover.com May 06 2021 20:45:00 | | Discover Bank, DB Servicing Corp, PO Box 3025, New Albany, OH 43054-3025 |
| 518167632 | | Email/Text: mrdiscen@discover.com May 06 2021 20:45:00 | | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 518148515 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 06 2021 20:46:00 | | Gamestop/Comenity, PO Box 183043, Columbus, OH 43218-3043 |
| 518148506 | | Email/PDF: ais.chase.ebn@americaninfosource.com May 06 2021 22:16:10 | | Chase, PO Box 15298, Att: Bankruptcy Dept, Wilmington, DE 19850-5298 |
| 518148529 | | Email/PDF: ais.chase.ebn@americaninfosource.com May 06 2021 22:14:48 | | Toys R Us, PO Box 15298, Wilmington, DE 19850-5298 |
| 518148517 | | Email/Text: PBNCNotifications@peritusservices.com May 06 2021 20:45:00 | | Kohl's, PO Box 3043, Milwaukee, WI 53201-3043 |
| 518164904 | | Email/PDF: resurgentbknotifications@resurgent.com May 06 2021 22:14:58 | | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518148518 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 06 2021 20:46:00 | | Lane Bryant, WFNNB, Bankruptcy Department, PO Box 182125, Columbus, OH 43218-2125 |
| 518148519 | | Email/PDF: gecsedi@recoverycorp.com May 06 2021 22:14:45 | | Meineke & Maaco/Synchrony Car Care, PO Box 965064, Orlando, FL 32896-5064 |
| 518148522 | + | Email/PDF: pa_dc_ed@navient.com May 06 2021 22:17:39 | | Navient/Department of Education, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 518284215 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 06 2021 22:16:16 | | Portfolio Recovery Associates, LLC, c/o Meineke & Maaco, POB 41067, Norfolk VA 23541 |
| 518284203 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 06 2021 22:17:38 | | Portfolio Recovery Associates, LLC, c/o Toys "r"us Credit Card, POB 41067, Norfolk VA 23541 |
| 518284134 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 06 2021 22:16:16 | | Portfolio Recovery Associates, LLC, c/o Walmart Credit Card, POB 41067, Norfolk VA 23541 |
| 518271336 | | Email/Text: bnc-quantum@quantum3group.com May 06 2021 20:46:00 | | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518271337 | | Email/Text: bnc-quantum@quantum3group.com May 06 2021 20:46:00 | | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518205445 | | Email/Text: bnc-quantum@quantum3group.com May 06 2021 20:46:00 | | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518148528 | | Email/PDF: ais.sprint.ebn@americaninfosource.com May 06 2021 22:14:48 | | Sprint, Box 152046, Irving, TX 75015-2046 |
| 518151703 | + | Email/PDF: gecsedi@recoverycorp.com May 06 2021 22:16:08 | | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518266485 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 06 2021 22:17:46 | | Verizon, by American InfoSource as agent, 4515 |

| 518148530 | Email/PDF: gecsedi@recoverycorp.com | May 06 2021 22:16:08 | N Santa Fe Ave, Oklahoma City, OK 73118-7901 Walmart/Synchrony Bank, Att: Bankruptcy Dept., PO Box 965060, Orlando, FL 32896-5060 |

TOTAL: 28

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518148500 | ##+ | Abilheira & Assoc, 34 East Main St, Freehold, NJ 07728-2282 |
| 518289847 | ##+ | DITECH FINANCIAL LLC, P.O. Box 12740, Tempe, AZ 85284-0046 |
| 518148511 | ## | Ditech Financial LLC, PO Box 6172, Rapid City, SD 57709-6172 |

TOTAL: 0 Undeliverable, 0 Duplicate, 3 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 08, 2021    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 5, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Ditech Financial LLC dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Karen E. Bezner | Kbez@bellatlantic.net NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com |
| Karen E. Bezner | on behalf of Trustee Karen E. Bezner Kbez@bellatlantic.net NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com |
| Rebecca Ann Solarz | on behalf of Creditor Ditech Financial LLC rsolarz@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Warren Brumel | on behalf of Debtor Sandra Rojas wbrumel@keyportlaw.com brumellawecf@gmail.com;wbrumel@keyportlaw.com |

TOTAL: 8