**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Sandra Rojas<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–6118<br>EIN  __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  ____<br>EIN  __–_____ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 19–16276–CMG | |

# Order of Discharge    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Sandra Rojas

6/15/21    **By the court:** Christine M. Gravelle
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

---

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

---

United States Bankruptcy Court

District of New Jersey

In re:  
Sandra Rojas  
    Debtor

Case No. 19-16276-CMG  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3  
Date Rcvd: Jun 15, 2021      Form ID: 318      Total Noticed: 55

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\#\#      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 17, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sandra Rojas, 76 4th Street, Belford, NJ 07718-1703 |
| cr | + | DITECH FINANCIAL LLC, Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| cr | + | NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING, Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 518201683 | + | Affinity Federal Credit Union, c/o Peter J. Liska, LLC, 766 Shrewsbury Ave., Tinton Falls, NJ 07724-3001 |
| 518148502 | + | Alert Ambulance Service, 1195 Airport Road, Lakewood, NJ 08701-5970 |
| 518148512 | | Eichenbaum & Stylianou, LLC, PO Box 914, Paramus, NJ 07653-0914 |
| 518148513 | | Emer Phy Assoc North, Att: HRRG, PO Box 5406, Cincinnati, OH 45273-7942 |
| 518148514 | | Extra Space Storage, Hazlet, NJ 07730 |
| 518897368 | | KHEAA, P.O. BOX 798, FRANKFORT KY 40602-0798 |
| 518897369 | | KHEAA, P.O. BOX 798, FRANKFORT KY 40602-0798, KHEAA, P.O. BOX 798 FRANKFORT KY 40602-0798 |
| 518148516 | #+ | KML Law Group PC, 216 Haddon Ave, Ste 406, Collingswood, NJ 08108-2812 |
| 518148520 | + | Millennium Pediatric Care, 1 Riverview Plaza, Riverview Medical Center, Red Bank, NJ 07701-1872 |
| 518148521 | + | Monmouth Co Sheriff, 2500 Kozloski Rd, Freehold, NJ 07728-4424 |
| 518203593 | + | Navient Solutions, LLC on behalf of, NJHEAA, PO BOX 548, Trenton, NJ 08625-0548 |
| 518148523 | + | New Hope Foundation, 80 Conover Road, Marlboro, NJ 07746-1003 |
| 518168628 | + | New Jersey Natural Gas, 1415 Wykoff Rd., PO Box 1378, Wall, NJ 07719-1378 |
| 518148524 | + | New Jersey Natural Gas, PO Box 1378, Wall, NJ 07719-1378 |
| 518148525 | + | Peter J. Liska, LLC, 766 Shrewsbury Avenue, Eatontown, NJ 07724-3001 |
| 518148526 | + | Radius Global Solutions LLC, Box 390846, Minneapolis, MN 55439-0846 |
| 518917724 | + | SHELLPOINT MORTGAGE SERVICING, P.O. BOX 10826, GREENVILLE, SC 29603-0826 |
| 518917725 | + | SHELLPOINT MORTGAGE SERVICING, P.O. BOX 10826, GREENVILLE, SC 29603-0675, SHELLPOINT MORTGAGE SERVICING, P.O. BOX 10826 GREENVILLE, SC 29603-0826 |
| 518148527 | | Sears, HSBC Card Services, PO Box 379, Wood Dale, IL 60191-0379 |
| 518148531 | + | Zwicker & Associates PC, 16 South Haddon Avenue, Haddonfield, NJ 08033-1887 |

TOTAL: 23

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 15 2021 20:43:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 15 2021 20:43:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518148501 | + | Email/Text: bankruptcycare@affinityfcu.com | Jun 15 2021 20:43:00 | Affinity Federal Credit Union, 73 Mountain View Blvd., PO Box 621, Basking Ridge, NJ 07920-0621 |
| 518148503 | | EDI: AMEREXPR.COM | Jun 16 2021 00:33:00 | American Express, PO Box 297884, Fort Lauderdale, FL 33329-7884 |

| Recipient ID | + | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 518252098 | | EDI: BECKLEE.COM | Jun 16 2021 00:33:00 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518148504 | | EDI: BANKAMER.COM | Jun 16 2021 00:33:00 | Bank of America, PO Box 982234, El Paso, TX 79998-2234 |
| 518148505 | | EDI: CAPITALONE.COM | Jun 16 2021 00:33:00 | Capital One, Bankruptcy Department, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 518229867 | + | EDI: AIS.COM | Jun 16 2021 00:33:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518251424 | | EDI: BL-BECKET.COM | Jun 16 2021 00:33:00 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518148507 | + | Email/Text: mediamanagers@clientservices.com | Jun 15 2021 20:42:00 | Client Services Inc., 3451 Harry S. Truman Blvd., Saint Charles, MO 63301-9816 |
| 518148508 | + | EDI: CONVERGENT.COM | Jun 16 2021 00:33:00 | Convergent Outsourcing, Inc., PO Box 9004, Renton, WA 98057-9004 |
| 518148509 | | EDI: DISCOVER.COM | Jun 16 2021 00:33:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 518148510 | | EDI: DISCOVER.COM | Jun 16 2021 00:33:00 | Discover Bank, DB Servicing Corp, PO Box 3025, New Albany, OH 43054-3025 |
| 518167632 | | EDI: DISCOVER.COM | Jun 16 2021 00:33:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 518148515 | + | EDI: WFNNB.COM | Jun 16 2021 00:33:00 | Gamestop/Comenity, PO Box 183043, Columbus, OH 43218-3043 |
| 518148506 | | EDI: JPMORGANCHASE | Jun 16 2021 00:33:00 | Chase, PO Box 15298, Att: Bankruptcy Dept, Wilmington, DE 19850-5298 |
| 518148529 | | EDI: JPMORGANCHASE | Jun 16 2021 00:33:00 | Toys R Us, PO Box 15298, Wilmington, DE 19850-5298 |
| 518148517 | | Email/Text: PBNCNotifications@peritusservices.com | Jun 15 2021 20:42:00 | Kohl's, PO Box 3043, Milwaukee, WI 53201-3043 |
| 518164904 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 15 2021 20:41:53 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518148518 | | EDI: WFNNB.COM | Jun 16 2021 00:33:00 | Lane Bryant, WFNNB, Bankruptcy Department, PO Box 182125, Columbus, OH 43218-2125 |
| 518148519 | | EDI: RMSC.COM | Jun 16 2021 00:33:00 | Meineke & Maaco/Synchrony Car Care, PO Box 965064, Orlando, FL 32896-5064 |
| 518148522 | + | EDI: NAVIENTFKASMDOE.COM | Jun 16 2021 00:33:00 | Navient/Department of Education, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 518284215 | | EDI: PRA.COM | Jun 16 2021 00:33:00 | Portfolio Recovery Associates, LLC, c/o Meineke & Maaco, POB 41067, Norfolk VA 23541 |
| 518284203 | | EDI: PRA.COM | Jun 16 2021 00:33:00 | Portfolio Recovery Associates, LLC, c/o Toys "r"us Credit Card, POB 41067, Norfolk VA 23541 |
| 518284134 | | EDI: PRA.COM | Jun 16 2021 00:33:00 | Portfolio Recovery Associates, LLC, c/o Walmart Credit Card, POB 41067, Norfolk VA 23541 |
| 518271336 | | EDI: Q3G.COM | Jun 16 2021 00:33:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518271337 | | EDI: Q3G.COM | Jun 16 2021 00:33:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518205445 | | EDI: Q3G.COM | Jun 16 2021 00:33:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518148528 | | EDI: AISSPRINT | Jun 16 2021 00:33:00 | Sprint, Box 152046, Irving, TX 75015-2046 |
| 518151703 | + | EDI: RMSC.COM | | |

District/off: 0312-3 | User: admin | Page 3 of 3
Date Rcvd: Jun 15, 2021 | Form ID: 318 | Total Noticed: 55

| Recip ID | | | |
|---|---|---|---|
| 518266485 | + EDI: AIS.COM | Jun 16 2021 00:33:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| | | Jun 16 2021 00:33:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518148530 | EDI: RMSC.COM | Jun 16 2021 00:33:00 | Walmart/Synchrony Bank, Att: Bankruptcy Dept., PO Box 965060, Orlando, FL 32896-5060 |

TOTAL: 32

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518148500 | ##+ | Abilheira & Assoc, 34 East Main St, Freehold, NJ 07728-2282 |
| 518289847 | ##+ | DITECH FINANCIAL LLC, P.O. Box 12740, Tempe, AZ 85284-0046 |
| 518148511 | ## | Ditech Financial LLC, PO Box 6172, Rapid City, SD 57709-6172 |

TOTAL: 0 Undeliverable, 0 Duplicate, 3 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 17, 2021    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 15, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Ditech Financial LLC dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Karen E. Bezner | Kbez@bellatlantic.net NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com |
| Karen E. Bezner | on behalf of Trustee Karen E. Bezner Kbez@bellatlantic.net NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com |
| Rebecca Ann Solarz | on behalf of Creditor Ditech Financial LLC rsolarz@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Warren Brumel | on behalf of Debtor Sandra Rojas wbrumel@keyportlaw.com brumellawecf@gmail.com;wbrumel@keyportlaw.com |

TOTAL: 8